IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

United States of America

v.

Vincent Ruggiero

CASE NO.: 14-20088-CR
 - Martinez / Garber

5:23-cv-323-WWB-PRL

MOTION TO RECEIVE EARNED TIME CREDITS
PURSUANT TO SECTION 101 OF THE
FIRST STEP ACT OF 2018

I Vincent Ruggiero, pro se ask this court to provide counsel to help me obtain my Earned Time Credits pursuant to the First Step Act ( FSA ) of 2018. Section 101 of the FSA subsection 3632 of Title 18 of the United States Code grants me eligibility under section (d)(4) Time Credits. This Court has jurisdiction because I petitioned Warden and went thru the Adimistrative Remedies and was denied to try and rectify this issue but he failed to make sure that my Federal right to Earned Time Credits be granted because I have a high recidivsm PATTERN score.

I was charged under Title 18 § 922(G)(i) and 924(E), Possession of a Firearm. This is not a disqualifying offense under 18 U.S.C. § 3632 (d)(4)(D). I was informed that I was eligible to Earned Time Credits pursuant to the First Step Act of 2018. But, I was unable to receive the Earned Time Credits because I had a High Risk Pattern score recidivsm level. This notion is incorrect, because section 3632 (d)(4)(D)(1) of the FSA authorizes prisoners of " Any Recidivism Risk " tp " Earn 10 days of credits for every 30 days of successful participation in Evidence Based Recidivism programming or productive activities

1

, " While section 3632 (d)(4)(D)(ii) requires prisoners to be " minimum or low risk for recidivating " to earn an additional 5 days Earned Time Credits for every 30 days " of successful programming or productive activities. I ask this court to evaluate the statute 3632(d)(4)(D)(i)(ii) and compare my situation to the statue to grant me my Time Credits. Congress never authorized the Federal Bureau of Prisons to amend the Federal Statute to disfavor me from Time Credits. I ask this Honorable Court to grant me my Earned Time Credits under Federal Law and any other relief available to me. I have completed several programs , mainly the Challenge Program which is Evidence Base Recidivism Reduction Program. But, I can not receive my current Earned Time Credits because the B.O.P. has disqualified me from eligibility for the above reason's.

Respectfully Submitted,

*Vincent Ruggieri*
04831-104

## Certificate Of Service

I hereby Certify that a True and Correct copy of the foregoing motion has been furnished by the U.S. Postal Service to the listed Parties:

United States District Court
Middle District of Florida
Ocala Division